AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**MONIQUE SHIDER**
        Plaintiff

V.

**COMMISSIONER OF SOCIAL SECURITY**
        Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

Case Number: 08-3032(PGS)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

**IT IS ORDERED** that the application is:

☒ **GRANTED**, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this ___19___ day of ___June___, 2008

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer